IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

**AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS**

RECEIVED
2007 MAR 13 A 9:06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dexter Regene Holmes
Plaintiff(s)

2:07CV219-WKW

vs.

Defendant(s) Warden James DeLoach; Deputy Warden Phyllis Billups; Lt. Gwendolyn Tarrance; Sgnt. Sonja Rose; Officer Samuel Johnson

I, Dexter Regene Holmes, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below is true.

1. Are you presently employed?    YES ( )    NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   Peaco Farms located Sebastapol Miss. #6.25 hour

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?  YES ( )  NO (✓)
   B. Rent payments, interest or dividends?  YES ( )  NO (✓)
   C. Pensions, annuities or life insurance payments?  YES ( )  NO (✓)
   D. Gifts or inheritances?  YES (✓)  NO ( )
   E. Any other sources?  YES (✓)  NO ( )

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _March 7, 2007_____.
               (date)

                 _Dexter L. Holmes_____
                 Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____

_____

_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months).

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

_____
_____
_____
_____

                                 _____
                                 Authorized Officer of Institution

DATE _____

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. Money Orders from Aunt Annie Mae Curtis Sep thru Oct. 2006 $100.00 January thru February $100.00 $30.00 $20.00

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]   YES ( )   NO (✓)

If the answer is YES, state the total value of the items owned.

_____
_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (✓)

If the answer is YES, describe the property and state its approximate value.

_____
_____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. Son Dexter Regene Holmes Jr. 0.00 Due to Incarceration
_____

_____
Signature of Affiant

STATE OF ALABAMA          )
COUNTY OF Elmore          )

Before me, a notary public in and for said County, in said State, personally appeared _____, whose name is signed to the foregoing complaint, who being duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

_____
Signature of Affiant

Sworn to and subscribed before me this _____ day of _____, _____.

_____
Notary Public

_____ County, Alabama

OR

March 7, 2007

Dexter L. Holmes #247684
P.O. Box 1107
Draper Correctional Facility
Elmore, Alabama
    36025

RECEIVED
2007 MAR 13 A 9:06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Clerk, United States District Court For
The Middle District of Alabama
15 Lee Street
Montgomery, Alabama
    36104

Dear Clerk,

Please find enclosed a Complaint Pursuant to 42 U.S.C. § 1983 filed against the listed Defendants. Due to legal deprivation im unable to obtain information from authorized Officer of institution concerning my inmate account. I, Dexter L. Holmes #247684 do testify under penalty of perjury that this is the balance of my account $0.03. I am indigent at this time and wish to proceed In Forma Pauperis.

I am only able to send one copy of my complaint and ask you with all due respect to make copies of this entire complaint to be served on the defendants in a timely manner by Order of The Courts to be delivered to a U.S. Marshal for processing & delivering summons Pursuant to Rule #4 Federal Civil Judicial Procedure and Rules.

At this time I am in iminent danger, and a process has begin by this administration to cause plaintiff serious harm. Please foward to Judge as well.

Thank You
Dexter L. Holmes