In The United States District Court For The Middle District Of Alabama Northern Division

Dexter Rogene Holmes
#247684
  Plaintiff

v.

James Deloach, et al.,
  Defendants

2:07-cv-219-WKW
(WO)

## Motion For Extension of Time To Pay Initial Partial Filing Fee to Proceed informa Pauperis

Comes now Plaintiff pro-se with a request for extended time to pay initial partial filing fee.

Plaintiff PMOD account does not have the initial partial filing fee amount at this time, but as soon as Plaintiff receives moneys, Plaintiff will alert Inmate Accountant to foward the partial filing fee to the clerk of said Court.

Plaintiff prays that the courts will allow a extended date to pay initial partial filing fee.

Certificate of Service

Plaintiff Dexter L. Holmes on April 31, 2007 has mailed true copy of Motion For Extension of Time To Pay Initial Partial Filing Fee to Clerk of Courts For The Middle District of Alabama Northern Division by United States Postal Service.

*Dexter Holmes*

