IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DEXTER REGENE HOLMES,        *
#247 684
    Plaintiff,                     *

v.                             *        2:07-CV-219-WKW

JAMES DELOACH, *et al.*,       *

    Defendants.              *

_____

**ORDER ON MOTION**

Plaintiff has filed a motion for additional time to submit the initial partial filing fee to the court as directed by order filed March 27, 2007. Upon review of the motion, the undersigned concludes that it shall be granted.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 7), is GRANTED;

2. Plaintiff is GRANTED an extension from April 16, 2007 to April 30, 2007 to comply with the court's March 27, 2007 order that he submit an initial partial filing fee to the court in the amount of $8.33. Plaintiff is cautioned that his failure to comply with this order will result in a Recommendation by the undersigned that this case be dismissed; and

3. The Clerk SEND a copy of this order to the account clerk at the Draper Correctional Facility.

Done, this 9th day of April 2007.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE