**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse

|ı..|l..ıl|..ıı..ı|.ı.ı.ı..ı|..ıl|

Sonja Rose, Sgt
Draper Correctional Facility
P.O. Box 1107
Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  C Bell       ☒ Agent  ☐ Addressee

B. Received by (Printed Name): C Bell
C. Date of Delivery: 4/18/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

07CV219

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

|ıl..ıl..ıl|..ıı.ı|.ı.ı.ı..ı|.ıl|

wendolyn Tarrance
raper Correctional Facility
.O. Box 1107
more, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  C Bell       ☒ Agent  ☐ Addressee

B. Received by (Printed Name): C Bell
C. Date of Delivery: 4/18/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

07CV219

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540