**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

1. James DeLoach
Warden
Draper Correctional Facility
P.O. Box 1107
Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C Bell    ☑ Agent  ☐ Addressee

B. Received by (Printed Name): C Bell
C. Date of Delivery: 4/8/07

D. Is delivery address different from item 1? ☐ Yes  ☑ No
If YES, enter delivery address below:

07CV219

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540