In The United States District Court For The Middle District of Alabama Northern Division

RECEIVED
2007 MAY 21 A 9:41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dexter Legene Holmes
#247684
   Plaintiff

2:07-CV-219-WKW

v.

James DeLoach, et al.,
   Defendants

"Notice of Change of Address"

Comes now Plaintiff in the above styled and numbered cause with a notice of change of address.

On the 16th day of May 2007 Plaintiff was transferred from Draper Correctional Center to Staton Correctional Facility P.O. Box 56 Elmore, Alabama 36025. Plaintiff is now adhereing to order of the courts by notifying the courts as well as the defendants in this cause of his where abouts during the cause of this action.

Dexter Legene Holmes #247681
B-1-65-B
P.O. Box 56
Staton Correctional Facility
Elmore, Alabama
36025

Certificate of Service

I hereby certify that I have sent a copy of the foregoing to the Defendants in this cause through the caption James Deloach, et. al., Defendants by U.S. Postal Service, and also mailed a true copy to the office of The Clerk United States District Court P.O. Box 711 Montgomery, Alabama 36101-1107

Done this day May 17, 2007.

Dexter Eugene Holmes
Dexter Eugene Holmes
B-1-65-B
P.O. Box 56
Staton Correctional Facility
Elmore, Alabama
36025



Dexter L. Holmes #247684
B-1-65-B
P.O. Box 56
Staton Correctional Facility
Elmore, Alabama
36025

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711