IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| DEXTER REGENE HOLMES, #247 684 | * |
| Plaintiff, | * |
| v. | *   2:07-CV-219-WKW |
| JAMES DELOACH, *et al.*, | * |
| Defendants. | * |

_____

**ORDER**

On May 21, 2007 Plaintiff notified the court of a change of address. Upon consideration of the pleading, it is

ORDERED that the Clerk send to Plaintiff a copy of the court's order entered May 15, 2007. (Doc. No. 15).

It is further

ORDERED that Plaintiff is GRANTED an extension from June 4, 2007 to June 11, 2007 to file a response in accordance with the provisions contained in the court's May 15, 2007 order.

Done, this 22nd day of May 2007.

      /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE