In The United States
District Court
For The Middle District
of Alabama Northern
Division

Dexter Regene Holmes
#247684
Plaintiff                    2:07-CV-219-WKW

v.

James Deloach, et al.,
Defendants

Request For Extension
of Time

Comes now Plaintiff with a request for extension of time to file a response to Defendants answer. Plaintiff acknowledges receipt of Defendants answer on May 16, 2007. Plaintiff was suddenly transferred from Draper Correctional Facility to Staton Correctional Facility. Plaintiff prays that the courts will allow extension of time, so that Plaintiff can file a satisfactory answer to the courts, once Plaintiff thoroughly examine Defendants answer. Plaintiff also has evidentiary material that has to be copied so that Plaintiff can send the appropriate copies to the courts and Defendants Attorney.

Certificate of Service

This is to certify on this 22nd day of May 2007, served copies of the foregoing pleading upon Defendants Attorney, and United States District Court Clerk by depositing same in the United States Mail addressed as Follow:

    State of Alabama
    Office of
    Attorney General
    11 South Union Street
    Montgomery, Alabama
        36130-0152

    Office of The Clerk
    United States District Court
    P.O. Box 711
    Montgomery, Alabama
        36101-0711

    Mr. Dexter _____ #247684
        Pro-Se



Mr Dexter L. Holmes #247684
B-1-65-B
P.O. Box 56
Staton Correctional Facility
Elmore, Alabama 36025-9577

LEGAL MAIL

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711