IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DEXTER REGENE HOLMES,       *
#247 684
    Plaintiff,                         *

    v.                              *         2:07-CV-219-WKW

JAMES DELOACH, *et al.*,       *

    Defendants.                *

_____

## ORDER ON MOTION

Upon consideration of Plaintiff's Motion for Extension of Time to reply to Defendants' written report and in light of the court's May 22, 2007 order granting Plaintiff an extension to and including June 11, 2007 to file his opposition, it is

ORDERED that the motion (Doc. No. 18) be and is hereby DENIED as moot.

Done, this 29th day of May 2007.

                                        /s/ Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE