In The United States District Court
For The Middle District of Alabama
Northern Division

RECEIVED

Dexter Eugene Holmes
        Plaintiff

2007 JUN 12 A 10:14

2:07-CV-219-WKW

V.

James Delpoach, et al.,
        Defendants

## Response

Comes Now, the plaintiff Dexter Eugene Holmes with a response and hereby files his response in the above stated cause of action.

Plaintiff received answer from defendants attorney and sworn affidavits from defendants in this cause May 16, 2007 along with a rule violation report, body charts of the assaulter, and body chart of Plaintiff.

Defendants has failed to adhere to the order of the courts dated 16th day of April 2007 page 2 of 5 whereas, defendants was ordered to include copies of all such applicable administrative rules, regulations or guidelines relating to plaintiffs disciplinary actions.

The defendants and their attorney has failed to adequately review the Plaintiffs complaint therefore defendants request for dismissal should be denied.

As the Plaintiff in this complaint I reject each and every element of defendants and their attorney answer to plaintiff complaint. Plaintiff now submits evidence in this cause of action, which will show that defendants submitted false affidavits under oath.

Exhibits #1) Written Greivances To Warden Deloach

Exhibits #2) Written Greivances To Deputy Warden Billups

Exhibits #3) Written Greivance To Leiutenant Tarrance

Plaintiff also refers to Farmer v. Brennan as a supporter of Plaintiff cause of action

Injunction §3 - threatened injury, One does not have to await consumation of threaten injury to obtain preventive relief

Injunction §§ 72, 130, 133 - prisoner - risk of serious harm pleading and proof

Plaintiff also refers to the Defendants Exhibits Exhibit A) Inmate Holmes body chart which shows that plaintiff was indeed injured in this incident but body chart fails to show where plaintiff finger nail was severely broken at the root and is now comeing off. Body Chart of Plaintiff fails to show this as to demonstrating actual injuries to plaintiff.

Plaintiff wishes not to make this law suit difficult for defendants, but defendants has submitted untrue statements, and failed to submit applicable administrative rules, regulations or guidelines as ordered

Judges order as pertaining to this cause of action.

Plaintiff says that discovery is not complete in this cause as to plaintiff constant movement while at Drapers that caused Plaintiff to be housed in same dormitory with assaulter.

Plaintiff refers to Exhibit C of Defendants Exhibit Living Agreement. Living Agreement stated that any violation of this agreement will result in disciplinary action for all parties.

There was no violation of the living agreement and therefore no disciplinary action should have resulted.

Plaintiff initial complaint ground one clearly established a reckless disregard violation of Eighth Amendment Cruel and unusual clause of constitution which grievances will show that defendants was made aware of substantial risk of serious harm but due to grievances filed, a deliberate indifference resulted in a failure to protect.

Defendants has attempted to rectify the situation by transferring plaintiff to another facility.

Additional Discovery is needed in this cause of action such as Housing Roster of initial movements conducted by Sgt. Sonja Rose as she so admitted in her affidavits.

Plaintiff refers to continuation of supporting facts of Plaintiff initial complaint and grievances that support plaintiff initial complaint and moves

this court to proceed in evidentiary
hearing in this cause of action.
Plaintiff also would use as case supporting
law "Wilson v. Seiter, 501 US 294, 298, 115 LEd 2d
271, 1115 Ct 2321; Canton v. Harris, 489 US 378, 103
LEd 2d 412, 109 Sct 1197; Pennsylvania v. West Virginia
262 US 553, 67 LEd 1117, 43 Sct 658 Helling v. McKinney
509 US 25 LEd 2d 22, 1135 Ct 2475 Hudson v. Palmer 468
US 517, 526-527, 82 LEd 2d 393, 104 Sct 3194 (1984)
Defendants has indeed violated plaintiffs constitutional
right or caused a deprivation of plaintiff constitutional
right and Summary Judgement should be entered
in favor of plaintiff true proven allegations.
Plaintiff also cites West v. Lowe, 448 F Supp.
where the plaintiff in this cause of action
was allegedly stabbed after officials ignored his
repeated letters notifying them that his life was
in danger.
Defendant Samuel Johnson has submitted contradicting
statements on his sworn affidavits in contrast with
Exhibit C Inmate Holmes disciplinary report. Defendant
Johnson said that he observed two unknown inmates
later identified as inmate Dexter Holmes and inmate
Ramon Cortez engaged in a physical altification
on Drapers Recreation Yard behind F-Dorm. His statement
is that he Officer Johnson immediately radioed
Officer Randall Hawn and all available units to
report to the back of F-Dorm.
Defendant Samuel Johnson also said that he
identified inmate Cortez and Holmes via radio
to Sgt. Lose. These statements is untrue

and a true officer of facts will see that at no time did any defendant say that they broke a fight up or stopped inmate Cortez from assaulting me. Plaintiff still says that defendants failed to respond in a timely manner therefore Plaintiff was injured thereby Defendants failure to respond.

See Appeal Dec 07-0254-2 paragraph 2 where Plaintiff says that he was picked out of a line up by another officer, "This because Plaintiff was the only one bleeding." The body chart will show that Plaintiff finger was severely injured and Plaintiff finger nail has not gotten well yet.

The facts are the defendants failed to protect Plaintiff, "Plaintiff warned defendants of his dangers even before Plaintiff was ever assaulted. Defendants ignored Plaintiff grievances, and inmate requests as the facts will show.

Plaintiff says that defendants request for dismissal should be denied on grounds of evidence.

Plaintiff says that defendants has indeed violated a clearly established constitutional right Eighth Amendment Cruel and Unusual Punishment, even defendants went beyond rules and regulations, guidelines of discipline. See Attached Number 504, Number 503

Plaintiff says that Officer Samuel Johnson watched the assault take place and waited till altification begin and ended before radioing to Officer Hawn, who was already on the recreation yard.

This is the reason at no time it is said in affidavits that any defendant stopped the assault which resulted in a altification.

Ayala Serrano v. Lebron Gonzales, 909 F.2d 8, 14 (1st Cir. 1990) (upholding judgement against guard who witnessed ambush and stabbing of inmate but did nothing to stop it) Stubbs v. Dudely, 849 F.2d 83, 86-87 (2d Cir 1980) Davis v. Zahradnick, 600 F.2d 458 (4th Cir 1979)

Defendants in this cause of action has submitted false affidavits as it will show by the greivances that was written and deliberately disregarded.

Defendant Deputy Warden Phyllis Billups went beyond her duty and administered punishment that is not a part of disciplinary procedure as attached Number 503 Authorized Punishments for Major Violation will show as well as Number 504 Institutional Disciplinary Procedure Inmate Handbook Pg 48 Paragraph 4 will accomadate Plaintiff initial Complaint and Continuation of Facts.

Defendant Leintenant Quendolyn Tarrance failed to investigate this incident and therefore rendered a guilty verdict on Rule Violation Report.

Plaintiff now submits his completed response to defendants answer, in total disagreement with defendants.

Plaintiff prays that the courts will examine the evidence throughly and grant relief to the Plaintiff.

Plaintiff prays that their violation Poem will be exhonerated from plaintiff institutional files, and plaintiff transferred to Work Release.

Plaintiff prays that defendants are not harmed monetarily, but reprimanded for their unethical conduct reguarding this entire situation.

Plaintiff prays that the courts will allow further proceedings in this cause of action where additional discovery is needed, other wittnesses allowed to submit sworn statements in this cause of action to better ascertain the truth.

Respectfully Submitted

Dexter Segene Status

Certificate of Service

This is to certify that I have on this 8th day of June 2007, served copies of the foregoing pleadings upon the Defendants Attorney by depositing same in the United States Mail and also to U.S. District Court Office of The Clerk addressed as follows:

Bettie J. Carmack
Assistant Attorney General
Civil Litigation Division
11 South Union St.
Montgomery, Alabama
                36130

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
                36101-0711

Dexter Regene Holmes
Dexter Regene ~~Holmes~~
B-1-65-B
Staton Correctional Facility
P.O. Box 56
Elmore, Alabama
                36025

Exhibit 1

Date: Sept. 24, 2006.
Time: 3:15 p.m.
Reason: Request
For Future Assistance

From: Dexter L. Holmes #247684
Coll #3 Bed #49
Draper Corrections Center
Elmore, Alabama
36025-1107

To: Warden Deloach.
Draper Corrections

Dear Warden Deloach,
Sir, I pray this request reach
your hands most conveniently.
Sir please consider placeing me
in Crime Bill after my 120 days are
expired from working as a Kitchen
Helper.
Sir im seeking to elevate myself
through discipling my mind, and
heart.
Sir I do have goals set that I would
like to reach in a timely manner.
Through Crime Bill accomplishment

possibly I can be transferred to
a Work Release Honor Camp so
I can work and save money before
I EOS.
This will help me be prepared
Financially sir. Sir I do have
a 16 year old son whom I'm responsible
for. My only son sir. Even though
im incarcerated I still have influence
on his life.
I pray you understand. Right
now sir as bad as it is to say
All I have in here is God. I am
a believer but not fanatic or compulsive
because God isn't The one to play
with which I have learned from
experience.
Sir I lower my arms in respect
to your authority and governing
head here at Drapers.
Your assistance in the future
will be highly appreciated and
rewarded.

Sincerely
Written
Dexter Holmes

Exhibit

## INMATE REQUEST SLIP

Name Dexter Holmes  Quarters Cell Bld 44 Date 1/2/07

AIS # 247684

( ) Telephone Call     ( ) Custody Change     ( ) Personal Problem
( ) Special Visit      ( ) Time Sheet         (✓) Other _____

Briefly Outline Your Request - Then Drop In Mail Box  No disciplinary citation.

Sir I am requesting immediate
attention reguarding Condition of
Confinement.
My present housing arrangement
does not coincide with my sentence
or charges.
I have done one year and 39 days on
a 10 split 3 EOS scheduled Nov. 2008.
120 day Job Assignment Completion Jan. 20, 2037.

<u>Do Not Write Below This Line</u> - **For Reply Only**

According to classification
you are properly classified
Jail Assign...

| Approved | Denied | Pay Phone | Collect Call |

**Request Directed To:** (<u>Check One</u>)
(✓) Warden                    ( ) Deputy Warden              ( ) Captain
( ) Classification Supervisor  ( ) Legal Officer - Notary     ( ) Record Office
                               Public

N176

Cont.

This request is to serve notice, that I do not wish to be caught up in this vicious cycle here at Drapers.

Since my incarceration I have witness brutal assults on other inmates by certain guards. I have been threaten by certain guards, pushed in the back all in violation of my constitutional rights. I am attempting to bring this to your attention to avoid a legal confrontation in the future.

Sir Please be advised that I have a High School Diploma already, and some college credits. I also have job skills sir.

Drapers does not have anything to offer me. Rehabilitation start with myself, and my realization of the fact that I broke the law.

My willingness to correct whats wrong within me. My acceptance of forgiveness of myself and Gods forgiveness of me. My willingness to amend my life, and make amendments to others whom has suffered from my wrongs, if permitted to do so.

Please accept this request in goal faith, and assist me in my positive endeavors to move forward in 2007. Proper Progress Review, and Job Assignment that fit my educational level, until I am transfered from this facility.

Exhibit #1

<u>Grievance</u>

Date: February 9, 2007
Time: 0800hrs
Reasoning: Experiencing
Threatening Command.
From COP and a
Sgnt. Logan

Dexter L Holmes #147680
B-1-20-B
Draper Correctional Facility
Elmore, Alabama
                    36025

Warden Deloach
Draper Correctional Facility
Elmore, Alabama
         36025

Sir I have written you once before informing
you about officers conduct towards me. On
February 8, 2007 I was threaten by Sgnt. Logan.
This Sgnt. made the statement of dragging me
down the hall by using very vulgar and abusive
language. Sir I am afraid that one of your
officers is going to physical assault me which
is against Policy and procedure. also Civil +
Constitution, Human Rights. Sir your officers
have a very high reputation of assaulting
inmates. Before I become a victim of an
Officer Assault, "Please transfer me from
this Facility."

I am experiencing this same treatment on the job, that I have been on for over 120 days but I do not have any disciplinary citations, so I do conduct myself accordingly to the rules and regulations here at Draper Correctional Facility. Sir please understand although I have been exposed to cruel and unusual punishment all in violation of my 4th amendment right. I am attempting to resolve this issue before it escalade into a legal confrontation from a U.S. Marshal. I am not ignorant to the law, but I respect authority. Corrupt Authority is the worse type of environment to serve time in. I'm very aware of this type of authority as I am dealing with a Civil law suit now concerning these very issues, but worse. At this time I am serving a 10 yr. sentence. I have been incarcerated since October 11, 2005.

I am being housed around inmates with more serious crimes and greater amounts of sentence. This does not mix. In the past I have been assaulted by inmates and officer. All due to corruption. I am requesting reclassification and housing. Sir I am doing this with the upmost respect for your Authority. Please assist me sir. Please address the issues named regarding your officers. Officer williams 1st shift and Logan 2nd shift. Sir please _____ _____ P.S. I need _____ Sincerely, _____

Exhibit #1

# INMATE REQUEST SLIP

Name Dexter R. Holmes    Quarters A-2-36-B    Date 3/8/07

AIS # _____

( ) Telephone Call        ( ) Custody Change        ( ) Personal Problem

( ) Special Visit         ( ) Time Sheet           (✓) Other Grievance

---

**Briefly Outline Your Request - <u>Then Drop In Mail Box</u>**

Warden Deloach I am still experiencing
threats, and cruel and unusual punishments
This morning squad officer Ladd over
squad #6 used vulgar and derogatory
language towards me calling me bitches
and threatening to do me bodily
harm. I'm aware that inmates are
allowed by the squad officers to settle
their differences on the farm by fighting
for five minutes

<u>Do Not Write Below This Line - **For Reply Only**</u>

---
---
---
---
---
---

---

**Approved        Denied        Pay Phone        Collect Call**

---

**Request Directed To: (<u>Check One</u>)**

( ) Warden                    ( ) Deputy Warden              ( ) Captain

( ) Classification Supervisor  ( ) Legal Officer - Notary     ( ) Record Office
                               Public

N176

Exhibit #1

March 12, 2007

Greivance

Warden Deloach I have written you numerous greivances pertaining to my life being in danger at this facility. I am still experiencein threats and abusive behavior from inmates and guards.

Thursday morning I was placed on early morning wake up by Sgt. King, because I was few minutes late, due to excessive punishment imposed by Deputy Warden Billups, and your approval of the same.

I'm being punished severely for one disciplinary violation. You approved of 45 days extra duty on 2nd shift and 45 days loss of all privelages including store, telephone and visits.

Deputy Warden Billups exceeded your approval and placed me on the farm where I am being harassed and threatened by inmates and guards. I am being made to perform unconstitutional job assignments. There are no gloves, and the tools being used are dull to the extreme. I am being made to cut down thick bushes and small trees that have thorns on them. This is very cruel treatment.

while the guards watch. Sir I am requesting to be transferred from this facility. I am being constantly harrassed by the guards here and I fear for my life in this facility. Also I would like to inform you that Deputy Warden Billups sent the illegal disciplinary report to my judge in attempt to cause me to do more time. Sir this administration is seeking to harm me anyway that it can. I'm being targeted by this administration. I have received a citation from Officer Singleton and Steward Nichols whon I wrote to you about Steward Nichols calling me derogatory names and speaking about my sexual preference

Sir you did not respond to my last greivance. I am constantly in fear for my life, especially on the farm where inmates have access to weapons. I explained to you my situation before all of this evolved. I requested assistance before I was ever assaulted by Ramon Cortez. Now I am being victimized and harmed. Once again. My Life Is In Danger Here At This Facility. Please Arrange For Me To Be transferred. I have begun legal actions already and contacted my family reguarding Condition of Confinement.

Along with all of this Sgnt. King place me on early morning wake up, causing me to be woke up at 3:30 til 4:30 a.m. and sent down to the end door where I am made to sit on the hard floor until check out time which is at 7:30 til 8:00 a.m. This is a very cruel and unusual act. I am being very patient with you Warden Deloach.

There are alot of violation of policy and procedure going on at Drapers, and your guards have no problem imposing harmful treatment to me.

I am being mistreated, discriminated against and afflicted by this administration. I have been taken off of Progress Review for the month of March which is my official opportunity to be placed in a Level II or Work Release Program.

Due to the misconduct of Sgnt. ~~Samuel~~ Sonja Rose and Samuel Johnson I was written up and found guilty on a R.V.R. I should have never received. I made you aware of my dangers before they began, and you done nothing to assist me.

Now matters have worsen and you still haven't assisted me. I request immediate ~~transfer~~ transfer from this facility before I suffer a tragic event.                    A-2-36-B

Sincerely Dexter Holmes
#247684

Note: This is an urgent request, Matters have worsen. Please help Me in doing My best to maintain, but I will let these with no assistance I am a woman to a animal. Help Me out of 314

Exhibit #2

"Request"                              Date: Sept. 20, 2006

No request forms                       Time: 11:25 a.m.

avaliable during the                   Reason: Request

time request written                   Assistance To Be

                                       Enrolled In Crime

                                       Bill

                                       From: Dexter Holmes
                                       #247684 Cell #3
                                       Bed #49
                                       Work Assignment
                                            Kitchen

To: Asst. Warden Billups
Draper Correction Facility

    Please be advised that I am re-
questing placement into Crime
Bill as soon as possible. The reason
for my request is to prepare
myself for entrance back into
society.
    I am a 37 year old black male
presently incarcerated because
I broke the law.
    Now im willing to rehabilitate

myself through participation and
successful completion of Crime
Bill or any other program that
offers solutions by assisting me.
Please accept my request.
I have a 10 split 3 sentence
and I have been incarcerated
since October 11, 2005.
    One more thing, I pray that
God bless you and your position
as Assistant Warden.

                    Thank
                    You
                Sincerely
                    Written
                Dexter Holmes

Note: My charge is Receiving Stolen
Property 1st and Robbery I st without
The Enhancement attached meaning
no weapon involved.
    My prayers are that I complete
crime bill, go to an honor camp
so I can work and save money.
I have a GED and one year 1/2 college.
    I also have one son 16 years old.

Exhibit 2

"Request"

Date: Sept 20, 2006
Time: 11:25 a.m.
Reason: Request
Assistance To Be
Enrolled In Crime
Bill

From: Dexter Holmes
#247684 Cell #3
Bed #49
Work Assignment
Kitchen

To: Asst. Warden Billups
Draper Correction Facility
Please be advised that I am re-
questing placement into Crime
Bill as soon as possible. The reason
for my request is to prepare
myself for entrance back into
society.
I am a 37 year old black male
presently incarcerated because
I broke the law
Now im willing to rehabilitate

myself through participation and successful completion of Crime Bill or any other program that offers solutions by assisting me.

Please accept my request. I have a 10 split 3 sentence and I have been incarcerated since October 11, 2005.

One more thing, I pray that God bless you and your position as Assistant Warden.

Thank You
Sincerely
Written
Dexter Holmes

Note: My charge is Receiving Stolen Property 1st and Robbery 1st without The Enhancemen attached meaning no weapon involved.

My prayers are that I complete crime bill, go to an honor camp so I can work and save money. I have a GED and one year ½ college. I also have one son 16 years old.

Exhibit #2

**MEMO** _____    Date _9/25/06_

**FROM:** Salaam

**TO:** Dexter Holmes 24/1684

**REF:**

Your request to Warden Billups has been referred to me. You will Not be Submitted to Crime Bill or SAP due to your file indicating No Substance Abuse Problems or addiction.

You denied having a Substance Abuse addiction when you came through R&CC.

**N183**

Exhibit #2

**INMATE REQUEST SLIP**

A1-13B

Name _Dexter L. Holmes_    Quarters _B-13B_   Date _2/9/07_

AIS # _247____._

( ) Telephone Call    (✓) Custody Change    ( ) Personal Problem

( ) Special Visit    ( ) Time Sheet    (✓) Other _Job Assignment_

Briefly Outline Your Request - **Then Drop In Mail Box**    Ms Shaw

_Please be advised that I have previously_
_written you a request regarding a_
_job change and custody change. Man,_
_I have been incarcerated since October_
_11 2005 on a 15 yr sentence. Will_
_you please assist me in getting to a_
_work camp or work release. I am presently_
_having problems on this level IV facility dealing_
_with inmates of greater time. Serious offenses._

<u>Do Not Write Below This Line</u> - **For Reply Only**

_There are no openings at this_
_time, if you are eligible to change_
_jobs I will fit you where the better_

Approved _____    Denied _____    ( Pay Phone Billing _____ Collect Call )

**Request Directed To:** (Check One)

( ) Warden    ( ) Deputy Warden    ( ) Captain

(✓) Classification Supervisor    ( ) Legal Officer - Notary Public    ( ) Record Office

N176

_Talk to your classification_
_Specialist about work_

Exhibit #2

*Dex Tee  Holmes*
*A010 - 12B*

*IST SHAFT*

CELL CLEANERS
SUPERVISOR. R. McDAY

*/ Cell Down*
*Floor*

CLEAN-UP CLEANING INSTRUCTIONS
FOR CELLS ON A DAILY BASIS

*off - Sunday*

1. SWEEP THOROUGHLY
2. MOP
3. SWEEP AGAIN
4. LINE UP SHOES
5. DUST BEDS
6. CLEAN BARS
7. FOLD TOWELS AT THE FOOT OF ALL BEDS
8. TAKE CLOTHES ON BEDS TO THE LAUNDRY OR FRONT OF THE CELLS
9. CLEAN WINDOWS AND FRAMES:
   A. REMOVE COBB WEBBS
   B. CLEAN GLASS
   C. CLEAN OUTSIDE LEDGES
10. CLEAN INSIDE LEDGES UNDER WINDOWS
11. DUST T.V. AND T.V. STAND
12. DUST POST IN THE MIDDLE OF THE CELLS
13. DUST RAILS AND SIDE OF THE VENTS AND BOTH STAIRWELLS
14. CLEAN WATER FOUNTAINS
15. CLEAN ALL DOORS IN THE CELL
16. CLEAN ANY AND ALL STAINS THAT ARE ON THE WALLS
17. CHECK ALL LEDGES AND CEILING FOR COBB WEBBS. REMOVE ANY LOCATED
18. GET ALL GUM OFF FLOORS
* IF YOU DO NOT LIKE THE JOB ASSIGNED TO YOU, THEN SEE JOB BOARD FOR A JOB CHANGE.

A CLEAN-UP ROSTER CONTAINING THE NAMES, BED NUMBER AND AREA OF
RESPONSIBILITY OF EACH INMATE ASSIGNED TO CLEAN-UP ARE
LOCATED ON EACH CELL AND SECURITY OFFICE BULLETIN BOARDS.

*CLEAN - UP  RUNNER'S*
*ROM - C*
*B, BANKS  ASST.*
*G, BREWER*

CO-1 R. McDAY

**INMATE REQUEST SLIP**

Exhibit

Name Dexter R. Holmes    Quarters A-1-N-B  Date 2-17-07

AIS # 247684 .

( ) Telephone Call      ( ) Custody Change    ( ) Personal Problem

( ) Special Visit   .    ( ) Time Sheet        ( ✓) Other Reclass-Job Change
                                                    Transfer

**Briefly Outline Your Request - Then Drop In Mail Box**

Ms Salaam I have written you several
request without a response back from
you regaurding re-classification
and transfer to a level II or Work
Release. I am beginning to really have
problems out of other inmates with
larger amounts of sentences, and worser
crimes. Also issues with certain friends
Please assist in transfer. Thank You

**Do Not Write Below This Line - For Reply Only**

2/20/07 Your Semi review is in March
However your record is Not Clean.
You are pending a disciplinary for fighting.

| Approved | Denied | Pay Phone | Collect Call |
|---|---|---|---|

**Request Directed To: (Check One)**

( ) Warden                ( ) Deputy Warden        ( ) Captain

( ) Classification Supervisor   ( ) Legal Officer - Notary   ( ) Record Office
                                     Public

N176

Time: 3:00 p.m.
Lo request to be Housed
In B-Dorm

# GREIVANCE

From: Dexter L. Holmes    #247684
+-Dorm 1-32-B
Draper Correction

To: Supervisor 2nd Shift
    Sgnt.
    Leiutenant Tarrance

To: Whom It May Concern!

This is an urgent request to be housed in a less hostile enviorment and away from Inmate Lamon Cortez whom assaulted me on February 10, 2007 on The Recreation Yard. I am a 38 year old black male inmate with a 10 split 3 sentence scheduled to be released in 2008 November 25th. I have been punished for this incident over and over again. The altification did not occur in The cell I was housed in, so I should have never been moved in the 1st place. Now I am being subjected to more physical harm or possible more trouble which could affect my prison confinement. I am requesting in good faith to be moved to B-dorm immediately, the dorm that is designed for older men inmates. I feel as though my life is being placed in danger by this administration especially by Sgnt Lose who is the sole conspirator of this constant movement and exposure. I'm willing to take the neccessary steps to begin a civil action against this cruel and unusual behavior that is being displayed by certain officers of Alabama Corrections. I have loss 45 days loss of all privelages 45 days extra duty. I have been stripped of my cell cleaner job and placed on the farm when recomendation for incident was 45 days loss of all priveleges 45 day extra duty. Please Put me In ovr vis
Cell Block  Dexter Holmes

Certificate of Service

This is to serve notice that I attempted to hand this greivance to Lt. Tarrance on March 3, 2007, and was unable to do so because Lt. Tarrance stated that she doesn't take greivance from inmates. I was advised to put this greivance in the Captains Acquest box. I am putting this greivance in the request box on March 3, 2007.

Number 504  Institutional Disciplinary Procedure
Inmate Handbook pg. 48  Paragraph 4

After the disciplinary hearing has been completed, the Warden or Director must approve or disapprove the recommended action by the Disciplinary Hearing Officer within ten calender days, unless extended by the Warden/Director for further investigation. When this occurs, you will be notified in writing. The Warden/Director may approve lesser authorized punishments than that recommended, but in no case may the punishment be increased over what was recommended. The Warden/Director will not challenge a Not Guilty finding by the Disciplinary Hearing Officer

Number 505  Authorized Punishments For Minor Violations
When you are convicted of a minor violations, you will not lose any good time. You will be afforded due process and be notified of the charge, when the hearing will be held, and the results of the hearing. Loss of privelages may include any combinations the sactions below, but are not limited to:

Loss of visiting for a maximum of 30days
Loss of store privelages for a maximum of 30 days
Loss of pass and leave privelage for a maximum of 6 months
Loss of television, radio, or movie privelage, or any combination thereof, for a maximum of 30 days
Loss of telephone privelages except for emergencies for a maximum of 30 days
Extra duty not to exceed three hours per day for a maximum of 30 days
More restrictive custody

Number 503  Authorized Punishments for Major
Violation

When you are convicted of a major violation,
you can be given any punishment authorized
for minor violations plus
  The loss of earned good time
  The loss of pass/leave privileges for an
  indefinite period
  Assigned to disciplinary segregation up
  to 45 days
  Be restricted from earning future
  good time

**LEGAL MAIL**

Dexter Regene Holmes. #247684
B-1-65-B
State Correctional Facility
P.O. Box 56
Elmore, Alabama
36025

Office Of The Clerk
United States District Co
P.O. Box 711
Montgomery, Alabama
36101-07

USA FIRST-CLASS FOREVER