IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEXTER REGENE HOLMES, #247684, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.  2:07cv219-WKW |
| | )             [WO] |
| JAMES DELOACH, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 25), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted and that this action is DISMISSED without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of the court.

An appropriate judgment will be entered.

DONE this 30th day of December, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE